ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
afulton@jfnvlaw.com
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
logan@jfnvlaw.com
**JENNINGS & FULTON, LTD.**
2580 Sorrel Street
Las Vegas, NV 89146
Telephone: (702) 979-3565
Facsimile: (702) 362-2060
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IVORY DAVIS, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>PLAZA HOTEL & CASINO, LLC, a Domestic Limited Liability Company; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>    Defendants. | Case No.: 2:24-cv-00371-CDS-EJY |

## STIPULATION AND ORDER TO VACATE AUGUST 15, 2024 EARLY NEUTRAL EVALUATION

Plaintiff IVORY DAVIS, by and through her attorneys of record, ADAM R. FULTON, ESQ. and LOGAN G. WILLSON, ESQ., of the law firm of JENNINGS & FULTON, LTD., and Defendant PLAZA HOTEL & CASINO, LLC, by and through its attorneys of record, R. TODD CREER, ESQ. and DARE E. HEISTERMAN, ESQ., of the law firm KAMER ZUCKER ABBOTT, stipulate to vacate the Early Neutral Evaluation ("ENE") currently scheduled for August 15, 2024 and the corresponding requirement to submit confidential ENE statements seven days before the ENE, as the parties have reached an agreement in principal. Upon finalizing settlement documents, the parties will submit a stipulation and order for dismissal with prejudice.

-1-

Dated: August 7th, 2024

**JENNINGS & FULTON, LTD.**

*/s/ Logan G. Willson, Esq.*
ADAM R. FULTON, ESQ.
Nevada Bar no. 11572
afulton@jfnvlaw.com
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
logan@jfnvlaw.com
*Attorneys for Plaintiff*

Dated: August 7th, 2024

**KAMER ZUCKER ABBOTT**

*/s/ Dare E. Heisterman, Esq.*
TODD CREER, ESQ.
Nevada Bar No. 10016
tcreer@kzalaw.com
DARE E. HEISTERMAN, ESQ.
Nevada Bar No. 14060
dheisterman@kzalaw.com
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED:

_____
United States District Court/Magistrate Judge

Dated: 8-7-24

-2-