1  ADAM R. FULTON, ESQ.
   Nevada Bar No. 11572
2  afulton@jfnvlaw.com
3  LOGAN G. WILLSON, ESQ.
   Nevada Bar No. 14967
4  logan@jfnvlaw.com
   **JENNINGS & FULTON, LTD.**
5  2580 Sorrel Street
   Las Vegas, NV 89146
6  Telephone: (702) 979-3565
7  Facsimile: (702) 362-2060
   *Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IVORY DAVIS, an individual,<br><br>Plaintiff<br><br>vs.<br><br>PLAZA HOTEL & CASINO, LLC, a Domestic Limited Liability Company; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants | Case No.: 2:24-cv-00371-CDS-EJY<br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, IVORY DAVIS, by and through her attorneys of record, ADAM R. FULTON, ESQ. and LOGAN G. WILLSON, ESQ., of the law firm of JENNINGS & FULTON, LTD., and Defendant, PLAZA HOTEL & CASINO, LLC, by and through its attorneys of record, R. TODD CREER, ESQ. and DARE E. HEISTERMAN, ESQ., of the law firm KAMER ZUCKER ABBOTT, stipulate to dismiss this action, including all claims and defenses, with prejudice.

/ / /

/ / /

/ / /

**IT IS FURTHER STIPULATED AND AGREED** that each party shall bear their own attorneys' fees and costs.

Dated: August 21st, 2024				Dated: August 21st, 2024

**JENNINGS & FULTON, LTD.**			**KAMER ZUCKER ABBOTT**

*/s/ Logan G. Willson, Esq.*			*/s/ Dare E. Heisterman, Esq.*
ADAM R. FULTON, ESQ.				TODD CREER, ESQ.
Nevada Bar no. 11572				Nevada Bar No. 10016
afulton@jfnvlaw.com				tcreer@kzalaw.com
LOGAN G. WILLSON, ESQ.			DARE E. HEISTERMAN, ESQ.
Nevada Bar No. 14967				Nevada Bar No. 14060
logan@jfnvlaw.com				dheisterman@kzalaw.com
*Attorneys for Plaintiff*				*Attorneys for Defendant*

## **ORDER**

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
United States District Judge

Dated: __August 23, 2024__